
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09cr170-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **I N D I C T M E N T** |
| | ) | |
| WILLIAM LAMAR McNEIL | ) | |

The Grand Jury charges that:

### COUNT ONE

Beginning in or about November, 2007, and continuing until the date of this Indictment, in the Eastern District of North Carolina, the defendant, WILLIAM LAMAR McNEIL, did knowingly and intentionally conspire with other persons, both known and unknown to the Grand Jury, to commit an offense in violation of Title 21, United States Code, Section 841(a)(1), specifically, to distribute, and to possess with intent to distribute, at least five hundred (500) grams of a mixture or substance containing cocaine, and at least fifty (50) grams of a mixture or substance containing cocaine base ("crack"), both Schedule II controlled substances.

All in violation of Title 21, United States Code, Section 846.

### COUNT TWO

On or about September 21, 2008, in the Eastern District of North Carolina, the defendant, WILLIAM LAMAR McNEIL, did knowingly possess with intent to distribute a quantity of a mixture or

substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## ALLEGATIONS OF PRIOR CONVICTIONS

For purposes of Title 21, United States Code, Sections 841(b) and 851, the defendant, WILLIAM LAMAR McNEIL, committed the violations alleged in this Indictment after at least two prior convictions for a felony drug offense, as defined in Title 21, United States Code, Section 802(44), had become final.

A TRUE BILL

FOREPERSON

DATE: 6/18/09

GEORGE E.B. HOLDING
United States Attorney

BY: ERIC D. GOULIAN
Assistant United States Attorney

2